UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGARET ALBRITTON | CIVIL ACTION |
| VERSUS | NO. 19-2375 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | SECTION "L" (3) |

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 11th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE